## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RAYMOND TAFT,                  :   No. 19 WM 2018

           Petitioner         :

              v.                :

COMMONWEALTH OF PENNSYLVANIA,   :
COURT OF COMMON PLEAS OF       :
WARREN COUNTY,             :

           Respondent       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of April, 2018, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permissible). The Prothonotary is DIRECTED to forward the filings to counsel of record.